```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04007
    KENTELL SUMRALL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1357

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/07/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AT&T                        UNSECURED       NOT FILED         .00            .00
TRINITY NATIONAL EMERGEN    UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING     UNSECURED        2580.00          .00            .00
LEADINGMAN CLOTHES          UNSECURED       NOT FILED         .00            .00
TCF BANK                    UNSECURED       NOT FILED         .00            .00
TELECOM USA                 UNSECURED       NOT FILED         .00            .00
CITY OF CALUMET CITY        UNSECURED       NOT FILED         .00            .00
TRINITY HOSPITAL            UNSECURED       NOT FILED         .00            .00
RMI/MCSI                    UNSECURED        1000.00          .00            .00
LETICIA TORRES              NOTICE ONLY     NOT FILED         .00            .00
IL DEPT OF HEALTHCARE &     DSO ARREARS      1574.68          .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,484.00                       232.75
TOM VAUGHN                  TRUSTEE                                         17.25
DEBTOR REFUND               REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              250.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                             232.75
TRUSTEE COMPENSATION                        17.25
DEBTOR REFUND                                 .00
                    ---------------    ---------------
TOTALS               250.00                250.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04007 KENTELL SUMRALL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 03/26/08                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```